U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 488**

In the Matter of                                                    Case Number:

Laborers' Pension Fund and Laborers' Welfare Fund,
        Plaintiffs,
    v.
Alkat Construction Services, Inc.
        Defendant.

**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Wesley Kennedy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ Wesley Kennedy | |
| FIRM<br>Allison, Slutsky & Kennedy, P.C. | |
| STREET ADDRESS<br>230 W. Monroe Street, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188089 | TELEPHONE NUMBER<br>(312) 364-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |