IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 08 C 488 |
| v. | ) ) ) | Judge Shadur |
| ALKAT CONSTRUCTION SERVICES INCORPORATED, | ) ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    Karen Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606

      PLEASE TAKE NOTICE that on      February 15   , 2008 I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois an Answer on behalf of Alkat Construction Services, Incorporated to Plaintiffs' Complaint, a copy of which is attached and served upon you.

                                                       /s/Todd A. Miller
                                                       Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the attached, Notice of Filing and Defendant's Answer to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system on this 15th day of February, 2008, which will send notice of such filings to the following:

Karen Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606

                                          /s/ Todd A. Miller
                                       One of Defendant's Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841