**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>    Plaintiffs,<br><br>v.<br><br>ALKAT CONSTRUCTION SERVICES INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 488<br>)<br>)  Honorable Judge Shadur<br>)<br>)  Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR LEAVE TO WITHDRAW**

Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. respectfully move this Court for the entry of an order granting them leave to withdraw their appearances on behalf of Defendant, Alkat Construction Services, Inc. ("Alkat"), in the above captioned matter. In support of this motion, and in accordance with Local Rule 83.17 of the Local General Rules of the United States District Court for the Northern District of Illinois, Mr. Miller and Ms. Cahill state as follows:

1. On April 9, 2008, Ms. Cahill received correspondence from Wanda Knippenberg, President of Alkat, terminating the legal services agreement between Alkat and Allocco, Miller & Cahill, P.C. due to the company's inability to pay legal fees.

2. Accordingly, circumstances currently exist that permit withdrawal by Mr. Miller and Ms. Cahill of their representation of Alkat, specifically those grounds set forth

in Local Rule 83.51.16(a)(4) and of the Local Rules of Professional Conduct for the Northern District of Illinois.

3.      Pursuant to Local Rule 83.51.16(d), Mr. Miller and Ms. Cahill have taken reasonable steps to avoid foreseeable prejudice to the rights of Alkat and have given due notice to Alkat of their withdrawal.  Mr. Miller and Ms. Cahill will allow Alkat time to employ other counsel and will deliver to Alkat all papers to which it is entitled.

4.      Alkat's last known address is 13624 Larkspur Drive, Homer Glen, Illinois 60491.

WHEREFORE, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. request that this Court enter an Order granting them leave to withdraw as counsel of record for Alkat Construction Services, Inc. in these proceedings, and for such other relief this Court deems just and appropriate.

**Allocco, Miller & Cahill, P.C.**

By:      /s/ Kathleen M. Cahill
         One of Defendant's Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841