**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 488 |
| v. ) ) | Honorable Judge Shadur |
| ALKAT CONSTRUCTION SERVICES INCORPORATED, ) ) ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

**NOTICE OF MOTION**

**TO:**   Wanda Knippenberg            Karen Engelhardt
         13624 Larkspur Drive          Allison, Slutsky & Kennedy, P.C.
         Homer Glen, Illinois 60491    230 W. Monroe Street, Suite 2600
                                       Chicago, Illinois 60606

     PLEASE TAKE NOTICE that on Thursday, April 17, 2008, at the hour of 9:15 a.m., or soon thereafter as counsel may be heard, Defendant's attorney will appear before the Honorable Milton I. Shadur, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2303, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Motion for Leave to Withdraw.

                                                 Respectfully submitted,

                                                   /s/ Kathleen M Cahill
                                                      Kathleen M. Cahill

Todd A. Miller
Kathleen M. Cahill
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 10, 2008 she electronically filed the foregoing documents (Notice of Motion and Motion for Leave to Withdraw) with the clerk of Court using the CM/ECF system, which will send notification of such to the following:

Karen Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606

The undersigned further certifies that she mailed the above referenced document by United States Mail to the following non-CM/ECF participants the 10th day of April 2008:

Wanda Knippenberg
13624 Larkspur Drive
Homer Glen, Illinois 60491

/s/ Kathleen M. Cahill
Kathleen M. Cahill

Todd A. Miller
Kathleen M. Cahill
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841