IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, )
)
Plaintiffs, )
) No. 08 C 488
)
v. ) Judge Shadur
)
ALKAT CONSTRUCTION SERVICES, INC., )
)
Defendant. )

## AFFIDAVIT OF JOHN BRONSON

STATE OF ILLINOIS )
)
COUNTY OF COOK )

John Bronson being first duly sworn on oath, deposes and states as follows:

1. I am a Field Representative employed by the Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), the plaintiffs in the above referenced action. My responsibilities include oversight of the collection of amounts owed by Alkat Construction Services, Inc. ("Alkat"). This affidavit is submitted in support of the Laborers' Funds' motion for a default and a prove up of damages.

2. Alkat is a successor employer to KDK Concrete Contractors, Inc. ("KDK"), using substantially the same employees and equipment. KDK has been a signatory employer since July 14, 2002, as reflected by the Funds' records and is shown in the collective bargaining agreement which is attached to the Complaint as Exhibit B, which is a true and correct copy of the agreement between KDK and the Construction and General Laborers' District Council of Chicago and Vicinity and its affiliated local ("Union"), on file with the Funds.

1

**Exhibit A**

3. Alkat submitted its books and records to the Funds' designated auditors from the firm of Levinson, Simon, and Sprung, P.C. who prepared an audit report reflecting unpaid contributions owed for the period from October 1, 2007 through March 31, 2008. The revised report shows that the principal contributions are owed to the Welfare, Pension, Training, LMDCMCC, MCIAF, CAICA, LECET, and CISCO Funds and for Union dues in the amount of $56,192.16. A copy of the audit report is attached to plaintiffs' Motion for Default Judgment as Exhibit B.

4. The respective Agreements and Declarations of Trust of the Laborers Funds, to which Alkat is bound, as a successor of KDK, require payment of liquidated damages in the amount of 10 percent of the principal amount of delinquent contributions to Union dues, LDCLMCC and LECET, and liquidated damages in the amount of 20 percent of the principal amount of delinquent contributions to Welfare, Pension, Training, MCIAF and CISCO. Interest is owed at the rate of prime plus two percent as charged by Chase Bank on all delinquent amounts owed from the date of the delinquency forward. Therefore, liquidated damages are owed in the amount of $10,823.95. Interest has been determined for unpaid Funds' contributions in the amount $1,757.10 through June 30, 2008.

5. Audit costs for the work performed by Levinson, Simon & Sprung, P.C. charged to the Laborers' Funds in this matter are $827.50. The respective Agreements and Declarations of Trust of the Laborers Funds, to which Alkat is bound, as a successor of KDK, require signatory employers to pay the costs of such audits.

6. The respective Agreements and Declarations of Trust of the Laborers' Funds, to which Alkat is bound, as a successor of KDK, require that it report and pay monthly contributions to the plaintiff Funds based on each hour worked by covered employees. Alkat has not reported hours worked by covered employees for the period of September 1, 2007 through the present, or paid any contributions that may be owing based on those reports.

FURTHER AFFIANT SAYETH NOT.

_____
John Bronson

Subscribed and sworn to before me this 30th day of June 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Susan M. Diforti
Notary Public, State of Illinois
My Commission Expires Oct. 5, 2008

2