# Levinson Simon & Sprung, P.C.
## Certified Public Accountants

566 W. Lake St.
Suite 3 West
Chicago, IL 60661-1414
(312) 655-0037
Fax (312) 655-9145

June 19, 2008

Trustees Laborers' Pension Fund and
Health and Welfare Department of the
Construction and General Laborers'
District Council of Chicago and Vicinity
Jean Mashos, Director
11465 Cermak Road
Westchester, Illinois 60154

Re:   Alkat Construction
      Case # CHLAB-0508-1775
      Acct # 22453

Gentlemen:

In accordance with your instructions we have performed certain agreed upon procedures to the payroll records presented for our inspection by the above mentioned employer. The purpose of the inspection was to determine the accuracy of the employer's monthly contributions to the Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity for the period October 1, 2007 through March 31, 2008. This agreed upon procedure engagement was performed in accordance with the standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the Laborers' Pension Fund and Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity. The accuracy of the payroll records and reporting to the Funds is the responsibility of the management of Alkat Construction. We have applied the prescribed procedures to those records and reports.

Attached hereto are yearly schedules showing the detail of the under-reported hours and computation of the amounts due to the Funds. The findings consist of unreported wages and hours of individuals on payroll doing covered work. Wages are based on journeyman scale.

Our examinations indicated that the employer owes the following amounts for the period audited, exclusive of interest.

|               | Amount Due    |
|---------------|---------------|
| Welfare Fund  | $ 29,736.07   |
| Pension Fund  | 21,192.08     |
| Training Fund | 820.82        |
| MIAF          | 261.17        |
| CISCO         | 37.31         |
| LDCLMCC       | 447.72        |
| LECET         | 186.55        |
| Dues          | 3,510.44      |
| Total         | $ 56,192.16   |

**Exhibit B**

Members American Institute of Certified Public Accountants

Trustees Laborers' Pension Fund and
Health and Welfare Department of the
Construction and General Laborers'
District Council of Chicago and Vicinity
June 19, 2008
Page Two
Case # CHLAB-0508-1775

We were not engaged to, and did not, perform an examination, the objective of which would be the expression of an opinion on the accompanying report. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

We shall be pleased to furnish any additional information desired and have attached our bill for services.

Very truly yours,

LEVINSON SIMON & SPRUNG P.C.
Howard B. Levinson, CPA, MBA

HBL/grr

Enclosures

cc:　　Denise Ayala
　　　Josiah Groff

**Levinson Simon & Sprung, P.C.**
Reconciliation of Differences Per Year

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
ALKAT CONSTRUCTION
Case #: ChLab-0508-1775
Audit Period: 10/1/2007 thru 3/31/2008
Fiscal Year End: May

Manager: Reaney, Gianna
Auditor: Kalnes, Dan

| Fiscal Year Ending | MAY 2009 | MAY 2008 | MAY 2007 | Total |
|---|---|---|---|---|
| Dollars Not Reported | 0.00 | 127,652.50 | 0.00 | 127,652.50 |
| Hours Not Reported | 0.00 | 3,731.00 | 0.00 | 3,731.00 |
| **Dollar Amount Due** | | | | |
| Welfare Fund | 0.00 | 29,736.07 | 0.00 | 29,736.07 |
| Pension Fund | 0.00 | 21,192.08 | 0.00 | 21,192.08 |
| Training Fund | 0.00 | 820.82 | 0.00 | 820.82 |
| MIAF | 0.00 | 261.17 | 0.00 | 261.17 |
| CISCO | 0.00 | 37.31 | 0.00 | 37.31 |
| LDCLMCC | 0.00 | 447.72 | 0.00 | 447.72 |
| LECET | 0.00 | 186.55 | 0.00 | 186.55 |
| Dues | 0.00 | 3,510.44 | 0.00 | 3,510.44 |
| Total | 0.00 | 56,192.16 | 0.00 | 56,192.16 |

Audit Fee: 827.50
Total Amount Due: **57,019.66**

Levinson Simon & Sprung, P.C.
Detail Report
Report Date: 6/19/2008

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
ALKAT CONSTRUCTION
Case #: ChLab-0508-1775
Contract: MARBA
Year Ended: May, 2008

Page 2
Employees

Contributions computed by Amount per Hour

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-7709 | AYALA, GUADALUP | | | | | 113.00 | 20.00 | 32.00 | | | | | | 165.00 |
| xxx-xx-6793 | BAUTISTA, CARLO | | | | | 170.50 | 28.00 | | | | | | | 198.50 |
| xxx-xx-4456 | CERCONE, DAVE | | | | | 42.00 | 60.00 | 74.00 | 32.00 | 10.00 | | | | 218.00 |
| xxx-xx-0383 | GARCIA, ULISES | | | | | 103.00 | 91.50 | | | | | | | 194.50 |
| xxx-xx-4027 | GOTTSCHALL, CHR | | | | | 133.00 | 104.50 | 55.00 | 80.50 | | | | | 373.00 |
| xxx-xx-0553 | KNIPPENBERG, W | | | | | 90.00 | 72.00 | 72.00 | 80.00 | 104.00 | 24.00 | | | 442.00 |
| xxx-xx-4466 | MALVAEZ, ALFONS | | | | | 32.00 | | | | | | | | 32.00 |
| xxx-xx-9453 | NORTON, JOE | | | | | 25.00 | | | | | | | | 25.00 |
| xxx-xx-0957 | REYES, FELIPE | | | | | 198.50 | 98.00 | 63.50 | 16.00 | | | | | 376.00 |
| N/A | RODRIGUEZ, ROD | | | | | 24.50 | | | | | | | | 24.50 |
| xxx-xx-3861 | RUBIO, JUAN | | | | | 103.00 | 85.00 | | | | | | | 188.00 |
| xxx-xx-6152 | SALAS, CESARIO | | | | | 179.00 | 36.00 | 108.00 | 86.00 | | | | | 409.00 |
| xxx-xx-0958 | SOTO, FRANCISCO | | | | | 204.00 | 96.00 | 7.00 | 16.00 | | | | | 323.00 |
| xxx-xx-1624 | SOTO, SALVADOR | | | | | 217.00 | 144.00 | 56.00 | 69.00 | | | | | 486.00 |
| xxx-xx-6284 | TRETO, ISREAL | | | | | 30.50 | | | | | | | | 30.50 |
| xxx-xx-9710 | VILLANUEVA, NATI | | | | | 182.00 | 32.00 | 32.00 | | | | | | 246.00 |
| Total Hours | | | | | | 1,847.00 | 867.00 | 499.50 | 379.50 | 114.00 | 24.00 | | | 3,731.00 |

Rate Table

| | |
|---|---|
| Welfare Fund | $7.9700 |
| Pension Fund | $5.6800 |
| Training Fund | $0.2200 |
| MIAF | $0.0700 |
| CISCO | $0.0100 |
| DCLMCC | $0.1200 |
| LECET | $0.0500 |
| Total | |

| | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 14,720.59 | 6,909.99 | 3,981.02 | 3,024.62 | 908.58 | 191.28 | | | 29,736.07 |
| | | | | | 10,490.96 | 4,924.56 | 2,837.16 | 2,155.56 | 647.52 | 136.32 | | | 21,192.08 |
| | | | | | 406.34 | 190.74 | 109.89 | 83.49 | 25.08 | 5.28 | | | 820.82 |
| | | | | | 129.29 | 60.69 | 34.97 | 26.57 | 7.98 | 1.68 | | | 261.17 |
| | | | | | 18.47 | 8.67 | 5.00 | 3.80 | 1.14 | .24 | | | 37.31 |
| | | | | | 221.64 | 104.04 | 59.94 | 45.54 | 13.68 | 2.88 | | | 447.72 |
| | | | | | 92.35 | 43.35 | 24.98 | 18.98 | 5.70 | 1.20 | | | 186.55 |
| Total | | | | | 26,079.64 | 12,242.04 | 7,052.94 | 5,358.54 | 1,609.68 | 338.88 | | | 52,681.72 |

**Levinson Simon & Sprung, P.C.**
**Detail Report**
**Report Date: 6/19/2008**

PENSION AND WELFARE FUNDS OF CHICAGO LABORERS
ALKAT CONSTRUCTION

Case #: ChLab-0508-1775
Contract: MARBA
Year Ended: May, 2008

Page 3
Employees

Contributions computed as Percentage of Dollars Paid

| SSN | Name | JUN 2007 | JUL 2007 | AUG 2007 | SEP 2007 | OCT 2007 | NOV 2007 | DEC 2007 | JAN 2008 | FEB 2008 | MAR 2008 | APR 2008 | MAY 2008 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-7709 | AYALA, GUADALUP | | | | | 3,762.53 | 663.00 | 1,060.80 | | | | | | 5,486.33 |
| xxx-xx-6793 | BAUTISTA, CARLO | | | | | 6,165.90 | 928.20 | | | | | | | 7,094.10 |
| xxx-xx-4456 | CERCONE, DAVE | | | | | 1,392.40 | 1,989.00 | 2,453.10 | 1,060.80 | 331.50 | | | | 7,226.80 |
| xxx-xx-0383 | GARCIA, ULISES | | | | | 3,447.60 | 3,033.23 | | | | | | | 6,480.83 |
| xxx-xx-4027 | GOTTSCHALL, CHR | | | | | 4,500.11 | 3,538.76 | 1,823.25 | 2,668.58 | | | | | 12,530.70 |
| xxx-xx-0553 | KNIPPENBERG, W | | | | | 2,983.50 | 2,386.80 | 2,386.80 | 2,652.00 | 3,447.60 | 795.60 | | | 14,652.30 |
| xxx-xx-4466 | MALVAEZ, ALFONS | | | | | 1,060.80 | | | | | | | | 1,060.80 |
| xxx-xx-9453 | NORTON, JOE | | | | | 828.75 | | | | | | | | 828.75 |
| xxx-xx-0957 | REYES, FELIPE | | | | | 7,234.99 | 3,248.70 | 2,105.03 | 530.40 | | | | | 13,119.12 |
| N/A | RODRIGUEZ, ROD | | | | | 812.18 | | | | | | | | 812.18 |
| xxx-xx-3861 | RUBIO, JUAN | | | | | 3,447.60 | 2,817.75 | | | | | | | 6,265.35 |
| xxx-xx-6152 | SALAS, CESARIO | | | | | 6,248.78 | 1,193.40 | 3,580.20 | 2,850.90 | | | | | 13,873.28 |
| xxx-xx-0958 | SOTO, FRANCISCO | | | | | 7,591.35 | 3,182.40 | 232.05 | 530.40 | | | | | 11,536.20 |
| xxx-xx-1624 | SOTO, SALVADOR | | | | | 8,237.78 | 4,773.60 | 1,856.40 | 2,287.35 | | | | | 17,155.13 |
| xxx-xx-6284 | TRETO, ISREAL | | | | | 1,011.08 | | | | | | | | 1,011.08 |
| xxx-xx-9710 | VILLANUEVA, NATI | | | | | 6,397.95 | 1,060.80 | 1,060.80 | | | | | | 8,519.55 |
| | Total Dollars Paid | | | | | 65,123.30 | 28,815.64 | 16,558.43 | 12,580.43 | 3,779.10 | 795.60 | | | 127,652.50 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 2.7500% | | | | | 1,790.89 | 792.43 | 455.36 | 345.96 | 103.93 | 21.88 | | | 3,510.44 |
| Total | | | | | | 1,790.89 | 792.43 | 455.36 | 345.96 | 103.93 | 21.88 | | | 3,510.44 |