IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ALKAT CONSTRUCTION SERVICES, INC., | ) ) ) |
| Defendant. | ) |

No. 08 C 488

Judge Shadur

### AFFIDAVIT OF KAREN I. ENGELHARDT

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") in the action against Alkat Construction Services, Inc. ("Alkat"). This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from June 1, 2004 to March 31, 2008, including contributions Alkat owed as a successor employer to KDK Concrete Contractors, Inc. ("KDK").

2. This firm bills the Laborers Funds on an hourly basis for services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00

**Exhibit C**

per hour for clerks/paralegals. In this cause records kept for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3. Exhibit 1 hereto sets forth the time expended from January 4, 2008 through June 30, 2008, by the firm's attorneys and paralegals in this matter. As set forth in that Exhibit, the Laborers' Funds have incurred legal fees to my firm in this matter in the amount of $2567.50. Amounts deleted from the Exhibit 1 include time spent working on issues related to KDK's bankruptcy case, in addition to general exercise of billing discretion.

4. In addition, the Laborers Funds have incurred the following costs in the prosecution of this matter totaling $400.00, which include filing and service fees.

FURTHER AFFIANT SAYETH NOT.

_____
Karen I. Engelhardt

Subscribed and sworn to before me
this 1st day of July, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Paula D. Edwards
Notary Public, State of Illinois
My Commission Expires May 16, 2009

2

7/1/2008  
10:25 AM

Allison, Slutsky & Kennedy, P.C.  
Slip Listing

Page

---

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Labrs P&W 1 |
| Refe.Selection | Include: KDK Contracting |
| Slip.Date | 12/1/2007 - 7/1/2008 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 146184   TIME  12/5/2007  Billed   G:14578   1/18/2008  Prepare for hearing; review bankruptcy schedules; attend creditors meeting | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 1.70  0.00  0.00  0.00 | 175.00  C@1 | 297.50 |
| 146197   TIME  12/6/2007  Billed   G:14578   1/18/2008  Letter to Hughes, call w/ J. Bronson and J. Mashos | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 0.60  0.00  0.00  0.00 | 175.00  C@1 | 105.00 |
| 146301   TIME  12/11/2007  Billed   G:14578   1/18/2008  Review records held by Trustee Richard Fogel | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 1.70  0.00  0.00  0.00 | 175.00  C@1 | 297.50 |
| 146305   TIME  12/12/2007  Billed   G:14578   1/18/2008  Call w/ J. Bronson; letter to J. Bronson | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 0.10  0.00  0.00  0.00 | 175.00  C@1 | 17.50 |
| 146625   TIME  12/17/2007  Billed   G:14578   1/18/2008  Calls w/ S. Taylor, T. Hughes | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 0.30  0.00  0.00  0.00 | 175.00  C@1 | 52.50 |
| 146760   TIME  12/20/2007  Billed   G:14578   1/18/2008  Call w/ S. Taylor | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 0.10  0.00  0.00  0.00 | 175.00  C@1 | 17.50 |
| 146963   TIME  12/27/2007  Billed   G:14578   1/18/2008  Call w/ D. Maine, D. Fogel | K. Engelhardt  Legal Services  Labrs P&W 1  KDK Contractin | 0.20  0.00  0.00  0.00 | 175.00  C@1 | 35.00 |

**Exhibit 1**

7/1/2008                  Allison, Slutsky & Kennedy, P.C.
10:25 AM                Slip Listing                Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 147113<br>1/4/2008<br>Billed<br>Call w/ R. Fogel | TIME<br><br>G:14596 | <br><br>2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 147752<br>1/16/2008<br>Billed<br>Call w/ J. Bronson, D. Grosicious | TIME<br><br>G:14596 | <br><br>2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| 147791<br>1/21/2008<br>Billed<br>Draft Complaint against Alkat; calls w/ D.<br>Schwartz, J. Mashos, email w/ J. Jorgensen;<br>email WK; review bankruptcy documents | TIME<br><br>G:14596 | <br><br>2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~2.50~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~437.50~~ 2.00 hr<br><br>@ 350.00 |
| 147901<br>1/21/2008<br>Billed<br>Email to and from KIE | TIME<br><br>G:14596 | <br><br>2/14/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 148467<br>1/22/2008<br>Billed<br>Prepare cases: summons, appearances, civil<br>cover and exhibit labels | TIME<br><br>G:14596 | <br><br>2/14/2008 | Andre Smith<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 1.00<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 75.00 |
| 148242<br>1/24/2008<br>Billed<br>Report to Trustees; report Alkat | TIME<br><br>G:14596 | <br><br>2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| ~~148254~~<br>1/24/2008<br>Billed<br>work on proof of claim | ~~TIME~~<br><br>G:14596 | <br><br>2/14/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~70.00~~ |
| ~~148468~~<br>1/24/2008<br>Billed<br>Prepare cases: summons, appearances, civil<br>cover and exhibit labels | ~~TIME~~<br><br>G:14596 | <br><br>2/14/2008 | ~~Andre Smith~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~75.00~~<br>C@3 | ~~75.00~~ |
| ~~148269~~<br>1/25/2008<br>Billed<br>Report to Trustees | ~~TIME~~<br><br>G:14596 | <br><br>2/14/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |

7/1/2008  
10:25 AM  

Allison, Slutsky & Kennedy, P.C.  
Slip Listing  

Page

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 148043<br>1/26/2008<br>Billed<br>Work on status reports | TIME<br>G:14596 | 2/14/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| ~~148192~~<br>1/28/2008<br>Billed<br>Work on status reports | ~~TIME~~<br>G:14596 | 2/14/2008 | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |
| 148571<br>1/30/2008<br>Billed<br>call w/ J. Bronson | TIME<br>G:14596 | 2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| ~~148579~~<br>1/31/2008<br>Billed<br>Calls w/ J. Bronson, T. Hughes; letter to T. Hughes | ~~TIME~~<br>G:14596 | 2/14/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~87.50~~ |
| 149034<br>2/1/2008<br>Billed<br>Call w/ G. Pater | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 149052<br>2/4/2008<br>Billed<br>Call w/ S. Taylor; email documents | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| ~~149074~~<br>2/5/2008<br>Billed<br>Calls w/ Union, R. Fogel, and fax to R. Fogel | ~~TIME~~<br>G:14618 | 3/6/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.70~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~122.50~~ |
| 149094<br>2/6/2008<br>Billed<br>Draft J. Gilleran affidavit and letter to J. Gilleran; draft motion and proposed order | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 175.00 |
| ~~149128~~<br>2/8/2008<br>Billed<br>Conf. w/KIE | ~~TIME~~<br>G:14618 | 3/6/2008 | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~35.00~~ |
| 149292<br>2/8/2008<br>Billed<br>Conf. w/ WK | TIME<br>G:14618 | 3/6/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |

7/1/2008
10:25 AM

Allison, Slutsky & Kennedy, P.C.
Slip Listing

Page

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| ~~149532~~<br>2/12/2008<br>Billed   G:14618   3/6/2008<br>efile summons and return for Alkat case | | ~~TIME~~ | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~15.00~~ |
| 149413<br>2/17/2008<br>Billed   G:14618   3/6/2008<br>Receive answer | | TIME | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| ~~149418~~<br>2/18/2008<br>Billed   G:14618   3/6/2008<br>Prepare proof of claim form | | ~~TIME~~ | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~175.00~~ |
| ~~149890~~<br>2/27/2008<br>Billed   G:14618   3/6/2008<br>efile proof of claim | | ~~TIME~~ | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~70.00~~ |
| ~~150584~~<br>3/4/2008<br>Billed   G:14643   4/11/2008<br>Call w/ Dave G. | | ~~TIME~~ | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~52.50~~ |
| 150712<br>3/10/2008<br>Billed   G:14643   4/11/2008<br>Call w/ T. Miller | | TIME | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 150840<br>3/11/2008<br>Billed   G:14643   4/11/2008<br>Court appearance | | TIME | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.80<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 140.00 |
| 150907<br>3/14/2008<br>Billed   G:14643   4/11/2008<br>Draft Request to Production, Interrogatories;<br>letter to Miller | | TIME | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 262.50 |
| ~~152958~~<br>4/9/2008<br>Billed   G:14669   5/9/2008<br>Email to and from and call w/KIE. | | ~~TIME~~ | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~30.00~~ |
| 152959<br>4/10/2008<br>Billed   G:14669   5/9/2008<br>Court appearance. | | TIME | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 1.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 195.00 |

7/1/2008  Allison, Slutsky & Kennedy, P.C.
10:25 AM  Slip Listing  Page 5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| ~~152372~~<br>4/14/2008<br>Billed  G:14669  5/9/2008<br>Calls w/ C. Krivanek, call w/ V. Gandra | | | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~52.50~~ |
| 152478  TIME<br>4/16/2008<br>Billed  G:14669  5/9/2008<br>Call w/ K. Cahlill | | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.30<br>(0.20) | 175.00<br>C | 17.50 |
| 152798  TIME<br>4/22/2008<br>Billed  G:14669  5/9/2008<br>Call w/ F. Defora | | | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~35.00~~ |
| 152808  TIME<br>4/23/2008<br>Billed  G:14669  5/9/2008<br>Calls w/ Vipin, J. Bronson, email Vipin; review file | | | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~70.00~~ |
| ~~153682~~  ~~TIME~~<br>5/8/2008<br>Billed  G:14688  6/11/2008<br>Conf. w/KIE to introduce case; review discovery materials | | | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~150.00~~  ,5<br>@ 75.00 |
| 153702  TIME<br>5/8/2008<br>Billed  G:14688  6/11/2008<br>Conf. w/KIE | | | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>T@1 | ~~17.50~~ |
| 153733  TIME<br>5/8/2008<br>Billed  G:14688  6/11/2008<br>Call w/ J. Bronson | | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 153779  TIME<br>5/9/2008<br>Billed  G:14688  6/11/2008<br>Email J. Gilleran | | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 153954  TIME<br>5/9/2008<br>Billed  G:14688  6/11/2008<br>letter to W. Knippenberg | | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| ~~153942~~  ~~TIME~~<br>5/12/2008<br>Billed  G:14688  6/11/2008<br>Call w/ V. Gandra, J. Jorgensen | | | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~52.50~~ |

| 7/1/2008 | Allison, Slutsky & Kennedy, P.C. | |
|---|---|---|
| 10:25 AM | Slip Listing | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 153984        TIME<br>5/13/2008<br>Billed      G:14688    6/11/2008<br>Update report | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 154248        TIME<br>5/16/2008<br>Billed      G:14688    6/11/2008<br>Calls w/J. Mashos, W. Knippenberg; letters<br>to Levinson and W. Knippenberg | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 154420        TIME<br>5/23/2008<br>Billed      G:14688    6/11/2008<br>Report to Trustees | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| ~~154503        TIME~~<br>5/23/2008<br>Billed      G:14688    6/11/2008<br>Prepare for bankruptcy creditors' meeting | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.70~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~105.00~~ |
| 154535        TIME<br>5/24/2008<br>Billed      G:14688    6/11/2008<br>Work on status reports | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 154555        TIME<br>5/26/2008<br>Billed      G:14688    6/11/2008<br>Work on status reports, summary status<br>reports | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 154525        ~~TIME~~<br>5/27/2008<br>Billed      G:14688    6/11/2008<br>Attend bankruptcy hearing; draft memo to<br>KIE re bankruptcy hearing; call w/trustee | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~2.50~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~375.00~~ |
| ~~154526        TIME~~<br>5/27/2008<br>Billed      G:14688    6/11/2008<br>Travel to and from bankruptcy hearing by<br>Metra (time spent walking to and from train<br>and buying ticket) | ~~Josiah Groff~~<br>Travel<br>Labrs P&W 1<br>KDK Contractin | ~~0.90~~<br>0.00<br>0.00<br>0.00 | ~~75.00~~<br>C@3 | ~~67.50~~ |
| 154697        TIME<br>5/28/2008<br>Billed      G:14688    6/11/2008<br>Call w/Kelly Edgar at Levinson | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2008 | | Allison, Slutsky & Kennedy, P.C. | | | |
| 10:25 AM | | Slip Listing | | | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 154703<br>5/29/2008<br>Billed<br>Court appearance | TIME<br>G:14688 | 6/11/2008 | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 154729<br>5/30/2008<br>Billed<br>Call w/ J. Jorgensen | TIME<br>G:14688 | 6/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@1 | 17.50 |
| 155064<br>6/4/2008<br>WIP<br>Conf. w/ JAG | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 155093<br>6/4/2008<br>WIP<br>Calls w/auditor; conf. w/KIE re how to conduct audit | TIME | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| 155373<br>6/9/2008<br>WIP<br>Calls w/G. Rainy | TIME | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| 155384<br>6/10/2008<br>WIP<br>Call w/Dan of Levinson | TIME | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 155426<br>6/10/2008<br>WIP<br>Letter to J. Jorgensen; call w/ V. Gandra | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.60<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 105.00 |
| 155744<br>6/19/2008<br>WIP<br>Call w/ J. Jorgensen; review settlement agreement; call w/ V. Gandra | TIME | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 87.50 |
| 155791<br>6/23/2008<br>WIP<br>Call w/J. Bronson | TIME | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 155911<br>6/24/2008<br>WIP<br>Review audit report; letter to W. Knippenberg | TIME | | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |

| 7/1/2008 | Allison, Slutsky & Kennedy, P.C. | |
|---|---|---|
| 10:25 AM | Slip Listing | Page |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~156123         TIME~~<br>6/26/2008<br>WIP<br>Call w/ V. Gandra | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~35.00~~ |
| ~~156374         TIME~~<br>6/26/2008<br>WIP<br>Call w/Tim Hughes, counsel for corporate principals in their personal bankruptcy | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~15.00~~ |
| ~~156347         TIME~~<br>6/30/2008<br>WIP<br>Prepare default judgment motion | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | ~~1.70~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~255.00~~ |
| 156386         TIME<br>6/30/2008<br>WIP<br>Prepare default judgment motion | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 1.70<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 255.00 |
| 156396         TIME<br>7/1/2008<br>WIP<br>Prepare default judgment motion | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>KDK Contractin | 0.70<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 105.00 |
| Grand Total | Billable<br>Unbillable<br>Total | 35.70<br>0.00<br>35.70 | | 5645.00<br>0.00<br>5645.00 |

- 3077.5
─────
2567.5