IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>           Plaintiffs,<br><br>      v.<br><br>ALKAT CONSTRUCTION SERVICES, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 08 C 488<br>)<br>)   Judge Shadur<br>)<br>)<br>)<br>)   |

**NOTICE OF MOTION**

TO:   Wanda Knippenberg
      President
      Alkat Construction Services, Inc.
      13624 Larkspur Drive
      Lockport, IL 60491

   PLEASE TAKE NOTICE THAT on Tuesday, July 8, 2008 at 9:00 a.m., I shall appear before Honorable Judge Shadur in Courtroom 2303, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Motion for Default and Damages, a copy of which is attached hereto.

                                                      /s/ Josiah A. Groff
                                                      One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 West Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400

July 1, 2008

**CERTIFICATE OF SERVICE**

    I, Josiah A. Groff, an attorney, state that, on July 1, 2008, I caused Plaintiffs' Motion for Default and Damages to be served on the following person by overnight delivery, actual delivery to be made on July 2, 2008:

>Wanda Knippenberg
President
Alkat Construction Services, Inc.
13624 Larkspur Drive
Lockport, IL 60491

>Respectfully submitted,

>By:    /s/ Josiah A. Groff
       One of the plaintiffs' attorneys