

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 488 | DATE | 7/8/2008 |
| CASE TITLE | Laborers' Pension Fund, et al vs. Alkat Construction Services, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for a default judgment is granted. (21-1) Enter Default Judgment Order. Judgment is ordered to be entered in favor of the Plaintiff and against the defendant Alkat in the total amount of $122,025.02.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|