

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>Plaintiffs,<br><br>v.<br><br>ALKAT CONSTRUCTION SERVICES, INC.,<br><br>Defendant. | No. 08 C 488<br><br>Judge Shadur |

### DEFAULT JUDGMENT ORDER

This matter coming to be heard on the motion of plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") for entry of a default judgment,

**IT IS HEREBY ORDERED:**

1. Defendant Alkat Construction Services, Inc. ("Alkat") is in default.

2. Defendant Alkat a successor to KDK Concrete Contractors, Inc. ("KDK"), and is liable for all of KDK's obligations arising from agreements between KDK and the Construction and General Laborers' District Council of Chicago and Vicinity and its affiliated locals.

3. The Clerk of the Court shall enter judgment against the defendant Alkat in the total amount of $122,025.02, which consists of the following:

    a) The judgment of July 26, 2007 in the case of <u>Laborers' Pension Fund, et al. v. KDK Concrete Contractors, Inc.</u>, 07 C 1204 (N.D.Ill.) . . . . . . . . . . . . . . . . . $49,456.81

    b) Principal contributions for the period from October 1, 2007, through March 31, 2008. for amounts show in a audit report . . . . . . . . . . . . . . . . . . . . . . . . . . . $56,192.16

    c) Liquidated damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,823.95.

    d) Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,757.10

e)   Attorneys' fees and costs ................................... $2,967.50

f)   Audit fees ................................................ $827.50

4.   Alkat, through its president, Wanda Knippenberg, is ordered to comply with its obligations to Plaintiffs, under the applicable collective bargaining agreement and Trust Agreements, to file monthly reports accurately reflecting the work performed within the jurisdiction of the labor agreement, including reports for the period of September 1, 2007 through the date of this order, and to remit any corresponding contributions to the plaintiffs Funds within 30 days of service of this order. For reports due subsequent to the date of this order, Alkat is ordered to file the report and pay any corresponding contributions by the 10th day of the month following the month in which the work is performed.

ENTERED:

_____
UNITED STATES DISTRICT COURT

Date: *July 8, 2008*