# United States District Court
## Northern District of Illinois
### Eastern Division

Laborers' Pension Fund, et al

v.

Alkat Construction Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 488

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against the defendant, Alkat Construction Services, Inc. in the total amount of $122,025.02.

Michael W. Dobbins, Clerk of Court

Date: 7/8/2008

/s/ Sandy Newland, Deputy Clerk