## United States District Court for the Northern District of Illinois

Case Number: 08CV488      Assigned/Issued By: DAJ

Judge Name: SHADUR      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☑ Citation to Discover Assets      _____

☐ Writ _____      (Victim, Against and $ Amount)
    (Type of Writ)

<u>1</u> Original and <u>1</u> copies on <u>08/20/08</u> as to <u>CHASE BANK KEEPER</u>
                                 (Date)
<u>OF RECORDS (NO NOTICE)</u>

C:\wpwin80\docket\feeinfo.frm    03/14/05